■ Dominique Pagan et al., Appellants, v County of Westchester et al., Respondents. [891 NYS2d 283]

Under the facts of this case, the Supreme Court properly granted the defendant's oral application, in effect, to dismiss the complaint.

The plaintiffs' remaining contention is without merit. Covello, J.P., Angiolillo, Lott and Roman, JJ., concur.